1458

**01–1687.   Draper v. State.**
In Habeas Corpus. On petition for writ of habeas corpus of Scott A. Draper. *Sua sponte,* cause dismissed.

Moyer, C.J., Douglas, Resnick, F.E. Sweeney, Pfeifer, Cook and Lundberg Stratton, JJ., concur.